UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                CASE NO: 8:10-cv-2415-T-26TBM

MARIA L. IPPOLITO a/k/a Marie Ippolito,
individually and as personal representative of the
Estate of Robert C. Singleton, POLK COUNTY,
FLORIDA, and RICHARD ULVESTAD,

    Defendants.
_____/

# **O R D E R**

Upon due consideration of the procedural history of this case, it is ordered and adjudged as follows:

1) Plaintiff's Motion for Default Judgment Against Richard Ulvestad (Dkt. 72) is granted.

2) The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant Richard Ulvestad.

3) The Court finds that Defendant Richard Ulvestad may not prevent foreclosure of the federal tax lien on Fox Place 2, that Fox Place 2 if sold may be sold free and clear of any interest Defendant Richard Ulvestad may have had in Fox Place 2, and that

Defendant Richard Ulvestad is not entitled to any distribution of the proceeds of any sale of Fox Place 2.

**DONE AND ORDERED** at Tampa, Florida, on October 26, 2011.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record